# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  18mj20002 JLB |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Jose Ricardo Parra-Huerta | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___7/9/18___
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**JILL L. BURKHARDT**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL      Clerk
by

Received _____ DUSM

Deputy Clerk
**C. LOPEZ**

Crim-9  (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY